THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0114-JCC |
| Plaintiff, | ORDER |
| v. | |
| McKENNA DANILO BERNARDO, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to proceed with a guilty plea by video conference (Dkt. No. 30). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

I.      BACKGROUND

After serving time in prison, Mr. Bernardo was released to community supervision in February 2020. (Dkt. No. 30 at 1.) On February 11, 2020, Mr. Bernardo was arrested after law enforcement discovered child pornography on his devices in violation of his conditions of supervised release. (*Id.* at 1–2.) On April 30, 2020, Mr. Bernardo was charged with possessing child pornography. (*See* Dkt. No. 1.) He is currently detained. (*See* Dkt. No. 27.) The parties have reached a plea agreement, and now move to proceed with Mr. Bernardo's plea hearing by video conference. (Dkt. No. 30 at 2.)

//

## II. DISCUSSION

Delaying Mr. Bernardo's plea hearing would cause serious harm to the interests of justice. *See* W.D. Wash. General Orders 04-20, 09-20, 14-20. Under General Order 15-20, in-person proceedings will not resume until at least January 1, 2021. *See* W.D. Wash. General Order 15-20. Delaying Mr. Bernardo's plea hearing and, as a consequence, his sentencing, by at least six weeks would cause serious harm to the interests of justice because Mr. Bernardo has a strong interest in the speedy resolution of this matter now that he has decided to plead guilty.

## III. CONCLUSION

For the foregoing reasons, the Court GRANTS Defendant McKenna Danilo Bernardo's motion to proceed with a guilty plea by video conference (Dkt. No. 30) and ORDERS that Mr. Bernardo's plea hearing be scheduled before a Magistrate Judge as soon as practicable and be conducted by video conference.

DATED this 19th day of November 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE