THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0114-JCC |
| Plaintiff, | ORDER |
| v. | |
| McKENNA DANILO BERNARDO, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to continue sentencing (Dkt. No. 39). Mr. Bernardo and the Government move to continue Mr. Bernardo's sentencing hearing until the hearing can occur in person. (*See id.*) Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and CONTINUES Mr. Bernardo's sentencing hearing to July 14, 2021 at 9:00 a.m. If conditions related to COVID-19 improve such that an in-person sentencing hearing is possible sooner, Mr. Bernardo may move for an earlier hearing date.

DATED this 15th day of April 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0114-JCC
PAGE - 1