THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>McKENNA DANILO BERNARDO,<br><br>    Defendant. | CASE NO. CR20-0114-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously continued Mr. Bernardo's sentencing until July 14, 2021 because Mr. Bernardo wishes to participate in his sentencing hearing in person and, at the time, the Court was unable to accommodate his request due to the public health impacts of the COVID-19 pandemic. *See* Dkt. Nos. 39, 44; *see also* W.D. Wash. General Orders 04-21, 06-21. The Court is now holding in-person sentencing hearings for in-custody defendants on Mondays. Therefore, the Court ORDERS the parties to meet and confer and propose an earlier sentencing date within 14 days of the date of this order.

//
//
//

DATED this 7th day of May 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk